DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT
*July Term 2014*

**JOSE ADRANO** a/k/a JOSE ADRIANO**,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D14-1492

[July 23, 2014]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lisa M. Porter, Judge; L.T. Case No. 01-11082 CF10A.

William M. Pavlov, North Miami Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

We affirm the trial court's summary denial of appellant's untimely motion for post-conviction relief, as *Padilla v. Kentucky*, 559 U.S. 356, 130 S. Ct. 1473, 176 L. Ed. 2d 284 (2010), does not apply retroactively to this September 2001 plea. *Chaidez v. United States*, __ U.S. __, 133 S. Ct. 1103, 185 L. Ed. 2d 149 (2013); *Hernandez v. State*, 124 So. 3d 757 (Fla. 2012). In addition, appellant was not subject to removal strictly based on his plea in this case, a prerequisite to post-conviction relief based on *Padilla*, since at the time of removal proceedings he was an illegal alien who overstayed his temporary protected status, rendering him subject to deportation on that basis alone. *See Ioselli v. State*, 122 So. 3d 388, 390 (Fla. 4th DCA 2013); *Donegal v. State*, 107 So. 3d 490 (Fla. 4th DCA 2013); *Joseph v. State*, 107 So. 3d 494 (Fla. 4th DCA 2013); *Rosas v. State*, 911 So. 2d 1003 (Fla. 4th DCA 2008).

*Affirmed.*

WARNER, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***